Michael A. Caddell (SBN 249469)
mac@caddellchapman.com
Cynthia B. Chapman (SBN 164471)
cbc@caddellchapman.com
Amy E. Tabor (SBN 297660)
aet@caddellchapman.com
CADDELL & CHAPMAN
P.O. Box 1311
Monterey, CA 93942
Tel.: (713) 751-0400
Fax: (713) 751-0906

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| Rio NANCE, individually and on behalf of others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>INTERNATIONAL MEDICAL DEVICES, INC., MENOVA INTERNATIONAL, INC., GESIVA MEDICAL, LLC, JAMES J. ELIST M. D., a Medical Corporation, and Dr. James ELIST,<br><br>*Defendants*. | CASE NO. 2:21-cv-02281-MCE-KJN<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff Rio Nance files this files this Notice of Voluntary Dismissal Pursuant to FED. R. CIV. P. 41(a)(1) and hereby dismisses his claims without prejudice against all Defendants, each side to bear its own costs.  As none of the Defendants has yet served an answer or a motion for summary judgment, a Court order is not required. See FED. R. CIV. P. 41(a)(1)(A).  This notice results in the voluntary dismissal without prejudice of all of Plaintiff's claims against all Defendants.

Dated: December 30, 2021

Respectfully submitted,

By: */s/ Michael A. Caddell*
    Michael A. Caddell (SBN 249469)
    mac@caddellchapman.com
    Cynthia B. Chapman (SBN 164471)
    cbc@caddellchapman.com
    Amy E. Tabor (SBN 297660)
    aet@caddellchapman.com
    CADDELL & CHAPMAN
    P.O. Box 1311
    Monterey CA 93942
    Tel.: (713) 751-0400
    Fax: (713) 751-0906

*Attorneys for Plaintiff*